```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

```
CONNIE MATHEWS,                  )
                                 )
    Plaintiff,                   )
                                 )
v.                               )  No. 2:10-cv-02732-JPM-tmp
                                 )
MANNSDALE MANAGEMENT GROUP,      )
KEVIN SHARP, VERONICA WOMACK,    )
TIFFANY WHITE, JUDSON KROEZE,    )
PODS ENTERPRISES, INC., and      )
MEMPHIS PORTABLE STORAGE         )
d/b/a PODS,                      )
                                 )
    Defendants.                  )
```

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendants' Motion to Dismiss (D.E. 36), Plaintiff's Racketeer Influenced and Corrupt Organizations Act claim against Defendants is hereby DISMISSED WITH PREJUDICE, and Plaintiff's state-law claims against Defendants are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:


_s/ Jon P. McCalla_____
CHIEF UNITED STATES DISTRICT JUDGE

__November 29, 2011_____
Date